Robbin L. Itkin, Esq., CA Bar # 117105
*(Admitted Pro Hac Vice)*
Katherine C. Piper, Esq., CA Bar # 222828
*(Admitted Pro Hac Vice)*
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone: (310) 734-3200
Fax: (310) 734-3300
Email: ritkin@steptoe.com
Email: kpiper@steptoe.com

Brian D. Shapiro, Esq., NV Bar # 5772
Law Office of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101
Phone: (702) 385-5266
Fax: (702) 382-2967
Email: bshapiro@brianshapirolaw.com

*Attorneys for Michael W. Carmel,*
*Chapter 11 Trustee for the Estate of Thomas A. Hantges*

**E-Filed: January 13, 2009**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THOMAS A. HANTGES,<br><br>Debtor. | Case No.: 07-13163-LBR<br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF THE LIMITED OBJECTION OF CHAPTER 11 TRUSTEE TO DEBTOR'S SECOND AMENDED CLAIMED EXEMPTIONS [DKT # 736] WITHOUT PREJUDICE**<br><br>**DATE: January 22, 2009**<br>**TIME: 9:30 a.m.** |

**PLEASE TAKE NOTICE** that Michael W. Carmel, Chapter 11 Trustee for the Estate of Thomas A. Hantges, hereby withdraws without prejudice the *Limited Objection Of Chapter 11 Trustee To Debtor's Second Amended Claimed Exemptions* [Docket No. 736] (the "Motion")

and requests that the hearing on the Motion currently set for January 22, 2009, at 9:30 a.m. be vacated and removed from the Court's calendar.

Date: January 12, 2009

Respectfully Submitted,

*/s/ Robbin L. Itkin*
Robbin L. Itkin, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067

*/s/ Brian D. Shapiro*
Brian D. Shapiro, Esq.
Law Offices of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Michael W. Carmel, Chapter 11 Trustee for the Estate of Thomas A. Hantges*