LEWIS AND ROCA LLP LAWYERS

Robert M. Charles, Jr. (Nevada Bar No. 6593)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321
Email: RCharles@LRLaw.com
*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | No. 07-13163-lbr |
| Thomas A. Hantges, | Chapter 7 |
| Debtor. | **Certificate of Service** |

I, Jennifer Cook, an employee of Lewis and Roca LLP, served the following document:

- **Stipulation Concerning Final Applications For Compensation And Reimbursement Of Expenses Of Chapter 11 Estate Professionals** [DE 908]

by the ECF System to the persons and entities listed on the attached ECF confirmation sheets; and by first class, postage pre-paid, U.S. mail on July 23, 2010, addressed to the parties on the attached service list.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: August 24, 2010

/s/Jennifer Cook
Jennifer Cook
**LEWIS AND ROCA LLP**