# SERVICE LIST

Debtor
Thomas A. Hantges
47 Nightshade Court
Henderson, NV 89074

Counsel for Michael Tucker, Administrator of USA Capital Diversified Trust Deed Fund, LLC
Jeffery D. Hermann
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

Counsel for Michael Tucker, Administrator of USA Capital Diversified Trust Deed Fund, LLC
Marc A. Levinson
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

United States Trustee
August B. Landis
Office of the U.S. Trustee – District of Nevada
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, NV 89101

***REQUEST FOR SPECIAL NOTICE***

In Pro Per
Lynn L. Fetterly
P.O. Box 5986
Incline Village, NV 89450

Attorneys for American Express
American Express Centurion Bank
American Express FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Attorneys for Nevada State Bank
Bradley N. Boodt
Holland & Hart LLP
3800 Howard Hughes Pkwy., 10th Floor
Las Vegas, NV 89169

Attorneys for Compass Financial Partners LLC and Compass USA SPE LLC
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center, Suite 1700
San Francisco, CA 94111

Compass Financial Partners LLC and
Compass USA SPE LLC
333 Seventh Avenue, Third Floor
New York, NY 10001

Administrators of the Estate of Mahendra C. Mody, Vishal Govil and Roger Kenner
Vishal Govil, Administrator
Estate of Mahendra C. Mody
1232 28th Avenue
San Francisco, CA 94122

Ryan J. Earl, Esq.
548 W. Plumb, Suite B
Reno, NV 89509

***TWENTY LARGEST UNSECURED CREDITORS***

Bank Of America – Visa
P.O. Box 15726
Wilmington, DE 19886-5756

Bank Of America NA
PO Box 26012
Greensboro, NC 27420-6012

Citibank Mastercard
P.O. Box 44180
Jacksonville, FL 32231-4180

FDS Bank/Macy's
c/o TSYS Debt Mgmt., Inc.
PO Box 137
Columbus, GA 31902

Department of the Treasury
Internal Revenue Service
110 City Parkway Stop 5028 LVG
Las Vegas, NV 89106

Nevada State Bank Mastercard
P.O. Box 26424
Salt Lake City, UT 84126-0424

Phillips 66 Coneco 76
P.O. Box 142319
Irving, TX 75014-2319

Southwest Airlines Visa
Chase Bank
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812-2952

Wells Fargo Mastercard
P.O. Box 10347
Des Moines, IA 50306

World Points Visa
Bank Of America
P.O. Box 15726
Wilmington, DE 19886-1526

***OTHER PARTIES (FEDERAL AND STATE GOVERNMENTAL UNITS)***

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Dept. of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Lewis Maldonado
US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
P.O. Box 551401
Las Vegas, NV 89155-1401

United States Attorney's Office
Attn: Civil Process Clerk
333 Las Vegas Blvd. South Suite 5000
Las Vegas, NV 89101